

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| SECURITY SERVICE FEDERAL CREDIT UNION, | § | No. 08-19-00154-CV |
|  | § | Appeal from the |
| Appellant, | § | 168th District Court |
| v. | § | of El Paso County, Texas |
| MICHELLE RODRIGUEZ, | § | (TC# 2018DCV3979) |
| Appellee. | § |  |
|  | § |  |

# **O R D E R**

On the Court's own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause, therefore, this case is scheduled to be submitted **without** oral argument on March 31, 2020. The March 16, 2020 order resetting this cause to May 7, 2020, is hereby withdrawn.

IT IS SO ORDERED this 19th day of March, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.